UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>  Defendants. | No. 2: 22-cv-0968 DAD KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  In the complaint, filed May 31, 2022, plaintiff alleged that defendants at the Sacramento County Jail violated the First Amendment by refusing to allow plaintiff to receive nude photos from photo vendors and by refusing to give plaintiff printouts of emails from plaintiff's loved ones.

On September 7, 2022, this action was dismissed based on plaintiff's failure to file a completed in forma pauperis affidavit.  (ECF Nos. 9, 10.)

On September 13, 2022, plaintiff filed two packets of exhibits.  (ECF Nos. 11, 11-1.)  The first packet contains a cover letter by plaintiff stating that he is filing exhibits as proof of administrative exhaustion.  (ECF No. 11.)  This packet of exhibits is disregarded because the issue of whether plaintiff exhausted administrative remedies is not before the court.

////

1

The second packet of exhibits filed by plaintiff on September 13, 2022 contains a cover letter by plaintiff on behalf of the mental health unit population in the Sacramento County Jail. (ECF No. 11-1 at 1.) Plaintiff alleges that "we" are submitting a petition for emergency relief. (Id.) Plaintiff alleges that the floor deputies are not experienced in working with mentally ill people. (Id.) Plaintiff alleges that the television is old and difficult to see. (Id.) Plaintiff alleges that while on suicide watch, "we" are subjected to small, filthy cells and deprived of cleaning supplies, etc. (Id. at 2.) Plaintiff alleges that the Sergeants allow Deputy Garcia to sexually harass them. (Id.) Plaintiff alleges that "we" are discouraged from using the grievance process. (Id.)

The claims raised in plaintiff's cover letter attached to the second packet of exhibits are unrelated to the claims raised in plaintiff's complaint filed in the instant action. It does not appear that these exhibits are directly related to claims raised in plaintiff's other actions pending in this court. Because it is unclear whether plaintiff intended to file a new civil rights action, for which he would incur another filing fee, the undersigned will not construe the cover letter and second packet of exhibits as a new action.[1]

In an abundance of caution, the undersigned directs the Clerk of the Court to serve a copy of this order on class counsel in May v. County of Sacramento, 2:18-cv-2081 TLN KJN, where the treatment of mentally ill inmates at the Sacramento County Jail is being litigated.

Accordingly, IT IS HEREBY ORDERED that:

1. The exhibits filed by plaintiff on September 13, 2022 (ECF Nos. 11, 11-1) are disregarded;

2. The Clerk of the Court shall serve a copy of this order on class counsel in May v. County of Sacramento, 2: 18-cv-2081 TLN KJN P.

Dated:  September 26, 2022

rojas968.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff intended the cover letter and second packet of exhibits to be opened as a new action, he shall inform the court.